**Deny and Opinion Filed March 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00220-CV

## IN RE LUIS A. SANTIAGO, AND LINDA A. SANTIAGO, Relators

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-02073-2011**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Brown, and Whitehill
Opinion by Justice Whitehill

Relators filed this petition for writ of mandamus requesting that the Court order the trial court to vacate its December 16, 2014 and December 17, 2014 orders interpreting the trial court's prior agreed order staying the enforcement of the judgment in this case. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relators have failed to establish a right to relief. We **DENY** the petition.

/Bill Whitehill/

150220F.P05

BILL WHITEHILL
JUSTICE